Montgomery Ward and Company, Inc., Appellee, v. Philip Blum and Company, Inc., Appellant.

Gen. No. 42,821.

Heard in the third division, first district, this court at the October term, 1943; opinion filed March 21, 1945; released for publication April 10, 1945. Smith, Bundesen, White & Raynor, for appellant; Milton D. Smith and Russell Bundesen, of counsel; William L. Lamey and L. E. Oliphant, Jr., for appellee. Opinion by JUSTICE LUPE. **Not to be published in full.**